GRACE A. HALLAHAN, as Administratrix de bonis non of MICHAEL J. HALLAHAN, Deceased, Appellant, *v.* GEORGE C. WEBBER et al., Respondents.

*Hallahan* v. *Webber,* 48 App. Div. 624, affirmed.
(Argued January 25, 1901; decided February 15, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1900, affirming a judgment in favor of defendants entered

upon a dismissal of the complaint by the court on trial at Special Term.

*Theodore H. Friend, Theodore F. H. Meyer* and *William C. Wolf* for appellant.

*Henry Marshall* and *Paul C. Cloyd* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Taking no part: PARKER, Ch. J.